DANIEL G. BOGDEN
United States Attorney
CHRISTINA M. BROWN
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6020

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | 2:13-mj-771-VCF |
| )  ) | |
| Plaintiff,              ) | MOTION TO REDACT CRIMINAL |
| )  ) | COMPLAINT |
| vs.                   ) | |
| )  ) | |
| REYNALDO VILLARAMA STAANA JR.,  ) | |
| )  ) | |
| Defendant.             ) | |
| ) | |

      Plaintiff United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Christina M. Brown, Assistant United States Attorney, hereby moves the Court to replace the presently filed Criminal Complaint (Doc.1) in the publicly-available Pacer system with the attached redacted Criminal Complaint.

      In support, the United States provides as follows:

      1.     On or about September 25, 2013, a Criminal Complaint was submitted in this case, which includes personal identification information of certain individuals.

      2.     The Criminal Complaint has been made available to members of the public through publication through the Court's Pacer system.

      3.     In compliance with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1, the document should be redacted to remove certain information.

4.      The undersigned has redacted the Criminal Complaint to remove identification information as required by these provisions.

Wherefore, the undersigned respectfully requests that this Court replace the existing Criminal Complaint with Attachment A.

Dated this the 6th day of February, 2014

> DANIEL G. BOGDEN,
> United States Attorney
>
>
> */s Christina Brown*
> CHRISTINA M. BROWN
> Assistant United States Attorney

IT IS SO ORDERED, this the _6th_ day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS FURTHER ORDERED that the Court Clerk seal the original Complaint (#1) and file the redacted Complaint as attached in Exhibit A of this motion.